UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STEVEN SOPTIC, HEATHER FITZPATRICK, JESSICA MOTA, RYAN CADDELL, TARA HARLAN, and PATRICIA PETERSON,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWESTERN BELL TELEPHONE L.P., a/k/a AT&T COMMUNICATIONS OF TEXAS, LLC, a/k/a AT&T SOUTHWEST; and AT&T SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>4:20-00302-CV-W-BP<br><br>HON. BETH PHILLIPS<br><br>*FILED UNDER SEAL* |

## JOINT MOTION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT AGREEMENT

Plaintiffs Steven Soptic, Heather Fitzpatrick, Jessica Mota, Ryan Caddell, Tara Harlan, and Patricia Peterson and Defendants Southwestern Bell Telephone L.P. and AT&T Services, Inc. jointly move this Court to approve the parties' Confidential Settlement Agreement and Release ("Settlement Agreement"). Because Plaintiffs' sole claim in this case arises under the overtime wage provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201–219, the parties seek formal Court approval of the proposed Settlement Agreement. A supporting suggestion accompanies this motion, and the parties have contemporaneously filed a motion for leave to file the Settlement Agreement under seal. Pending decision on that motion, the parties are filing a placeholder for Exhibit A as an attachment to the suggestion accompanying this motion.

Date: November 9, 2020

*/s/   Jeffrey Grant Brown*
**JEFFREY GRANT BROWN***
Illinois Bar No. 6194262
jeff@JGBrownlaw.com
Jeffrey Grant Brown
Jeffrey Grant Brown, P.C.
65 West Jackson Blvd., Suite 107
Chicago, IL 60604
Tel: 312.789.9700
Fax: 312.789.9702

**GLEN J. DUNN, JR.***
Illinois Bar No. 6274852
GDunn@GJDlaw.com
Glen J. Dunn & Associates, Ltd
121 West Wacker Drive, Suite 1414
Chicago, IL 60601
Tel: 312.546.5056
Fax: 312.546.5058

**J. DEREK BRAZIEL***
Texas Bar No. 00793380
jdbraziel@l-b-law.com
**LEE & BRAZIEL, L.L.P.**
1801 N. Lamar St. Suite 325
Dallas, Texas 75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelawyer.com

**Admitted Pro Hac Vice*

**ROWDY B. MEEKS**
Rowdy B. Meeks, MO #48349
**ROWDY MEEKS LEGAL GROUP LLC**
8201 Mission Rd., Suite 250
Prairie Village, KS 66208
Telephone: 913 766-5585
Facsimile: 816 875-5069
Rowdy.Meeks@rmlegalgroup.com

**COUNSEL FOR PLAINTIFFS**

Respectfully submitted,

*/s/ Karl G. Nelson*
Karl G. Nelson
   admitted pro hac vice
Ashley E. Johnson
   admitted pro hac vice
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Ave., Suite 2100
Dallas, TX 75201
Tel: (214) 698-3100
Fax: (214) 571-2900
KNelson@gibsondunn.com
AJohnson@gibsondunn.com

Kathleen M. Nemechek
   MO Bar #50139
**BERKOWITZ OLIVER LLP**
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Tel: (816) 561-7007
Fax: (816) 561-1888
knemechek@berkowitzoliver.com

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record through the Court's ECF system as of the date file-stamped thereon.

*/s/ Karl G. Nelson*
Counsel for Defendants
